Andrew E. Smyth, Esq. (SBN 60030)
Stephen S. Smyth, Esq. (SBN 248433)
Smyth Law Office
4929 Wilshire Boulevard, Suite 605
Los Angeles, California 90010
Telephone: (323) 933-8401

Attorneys for Plaintiff/Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PETER A. RODRIGUEZ and<br>LORI MAAS RODRIGUEZ<br><br>Debtor(s). | CHAPTER 13<br>BK. LA09-40111-EC<br>Adv. No. AD10-01245EC<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| PETER A. RODRIGUEZ, and<br>LORI MAAS RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>Defendant. | |

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I, Andrew E. Smyth, hereby declare the following to be true and correct under penalty of perjury:

1. I am an attorney licensed to practice law in the state of California and before this court.

1

2. I am the attorney for plaintiffs Peter Rodriguez and Lori Rodriguez, in the above adversary complaint. Plaintiff filed the complaint on February 25, 2010.

3. Defendant JP Morgan was served by mail with the summons and complaint on February 26, 2010. The time for filing a responsive answer expired on April 5, 2010. To date there has been no answer filed nor any request for an extension of time within which to response.

4. I could and would testify to the above from personal knowledge if called upon to do so.

Executed this _____ day of April, 2010, at Los Angeles, California.

_____
Andrew E. Smyth
Declarant

2

## PROOF OF SERVICE C.C.P – §1013a, 2015.5

STATE OF CALIFORNIA    )
                       )ss.:
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 4929 Wilshire Boulevard, Suite 605, Los Angeles, CA 90010.

    On April 29, 2010 I served the foregoing document described as **DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** in this action:

[ X ]  By placing true copies thereof enclosed in sealed envelopes, addressed as stated on the attached mailing list.

[ ]  By placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes, addressed as follows:

### SEE ATTACHED SERVICE LIST.

[ X ]  **By Mail**

[ ]  I deposited such envelope in the mail at **Los Angeles**, California. The envelope was mailed with postage thereon fully prepaid.

[ X ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at **Los Angeles**, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 29, 2010, at **Los Angeles, California.**

[ ]  **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

GLORIA MARSHALL
*[Type or Print Name]*

7

|   |   |
|---|---|
| 1 | <u>SERVICE LIST</u> |
| 2 | *In re Peter A. Rodriguez and Lori Maas Rodriguez* |
| 3 | *Bk. No. LA10-40111-EC* |
|   | *CHAPTER 13* |
| 4 | |
| 5 | ──────────────────────────────────── |
|   | <u>Debtors</u> |
| 6 | Peter A. Rodriguez |
|   | Lori Maas Rodriguez |
| 7 | 2332 Bonita Ave. |
| 8 | La Verne, Ca 91750 |
| 9 | <u>Attorney for Debtors</u> |
|   | Andrew E. Smyth, Esq. |
| 10 | SMYTH LAW OFFICES |
| 11 | 4929 Wilshire Bl., Ste. 605 |
|   | Los Angeles, CA 90010 |
| 12 | |
| 13 | Kathy A. Dockery |
|   | Chapter 13 Trustee |
| 14 | 700 S. Flower St., #1950 |
|   | Los Angeles, CA 90017 |
| 15 | |
| 16 | Office of the U.S. Trustee |
|   | 725 S. Figueroa St., 26th Floor |
| 17 | Los Angeles, CA 90017 |
| 18 | J.P. Morgan Chase Bank, N.A. |
|   | c/o Merdaud Jafarnia, Esq. |
| 19 | McCarthy & Holthus, LLP |
| 20 | 1770 Fourth Ave. |
|   | San Diego, Ca 92101 |
| 21 | |
| 22 | <u>Agent for Service of Process for J.P. Morgan Chase Bank, N.A.</u> |
|   | CT Corporation System |
| 23 | 818 W. Seventh St. |
|   | Los Angeles, Ca 90017 |
| 24 | |
| 25 | J.P. Morgan Chase & Co. |
|   | 270 Park Ave. |
| 26 | New York, NY 10017 |
|   | Attn: James Dimon, C.E.O. |
| 27 | *VIA CERTIFIED MAIL* |
| 28 | |

8<br>
COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF<br>
SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF J.P. MORGAN CHASE BANK, N.A.